UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ALEJANDRO RAYMOND, ET AL.** | **CASE NO. 6:21-CV-00244** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **LAFAYETTE ELEMENT MATERIALS TECHNOLOGY, LLC** | **MAGISTRATE JUDGE DAVID J. AYO** |

## JUDGMENT

Before this Court are two motions to dismiss, filed pursuant to Fed. R. Civ. P. 12(b)(4), (5) and (6) by defendant Element Materials Technology Lafayette, LLC ("EMTL"). (Rec. Docs. 14, 23). The motions were referred to United States Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, and noting the absence of objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, EMTL's motion to dismiss (Rec. Doc. 23) is GRANTED, and Relators' *qui tam* claims are DENIED and DISMISSED with prejudice. Relators' Louisiana law intentional tort claims are DISMISSED without prejudice pursuant to 28 U.S.C. § 1367(c)(3). EMTL's prior motion to dismiss (Rec. Doc. 14) is DENIED as MOOT.

Signed at Lafayette, Louisiana, this 31st day of May, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE